ORIGINAL

FILED
DEC 2 2 2006
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

06-872 C

Plaintiff(s) or Petitioner(s)

______________________________

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): IRA M. LECHNER

Firm Name: IRA M. LECHNER, ESQ.

Post Office Box: ______

Street Address: 19811 - 4th PL.

City-State-Zip: ESCONDIDO, CA. 92029

Telephone & Facsimile Numbers: Tel: 858-864-2258; FAX 760-839-5755

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☑ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 3 0 0

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ______

Agency Identification Code: V A R

See attached sheet for three-digit codes.

Amount Claimed: $ 10 MILLION

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☑ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ ______
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: ______

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☑ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

INDIRECTLY RELATED TO ATHEY ETAL. v. U.S, 99-cv-02051-Senior Judge Smith
Claims are identical to those considered in Athey v. U.S. + Archuleta v. U.S.
both before Senior Judge Smith. Plaintiff SOLOW filed this claim in
Athey as Second Amended Complaint but Judge Smith felt it should be
[illegible]