# In the United States Court of Federal Claims

No. **06-872C**
(Filed February 20, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**SOLOW, JEAN ROBIN, et al.** *
*
Plaintiff, *
*
v. *
*
**UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The necessary agreement by both judges being present, to promote docket efficiency and the efficient administration of justice, pursuant to RCFC 40.1(b), it is hereby ORDERED that this case be, and the same hereby is, TRANSFERRED to the docket of Senior Judge Loren A. Smith.

IT IS SO ORDERED.

s/George W. Miller
GEORGE W. MILLER
Judge