# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ROBERT ATHEY, ET AL.,** | * | |
| *Plaintiffs,* | * | Case No. 99-2051C |
| v. | * | Senior Judge Smith |
| | * | Filed: May 8, 2007 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Plaintiffs' Motion for Leave to Exceed the Page Limit on Plaintiffs' Opposition to Defendant's Motion to Dismiss.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge