# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **JEAN-ROBIN SOLOW, et al.,** | * | |
| *Plaintiffs,* | * | Case No. 06-872C |
| v. | * | Senior Judge Smith |
| | * | Filed: May 15, 2007 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>ORDER</u>**

The Court **RESCHEDULES** oral argument from Monday, June 11, 2007 to Thursday, June 21, 2007 at 11:00 a.m. EDT in Courtroom #9, United States Court of Federal Claims, National Courts Building, Washington, DC. This case is related to *Athey, et. al. v. United States*, No. 99-2051C. The cases shall be heard together but not shall not be consolidated at this time.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge