IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JEAN-ROBBIN SOLOW, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06-872C |
| | ) | Judge George W. Miller |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including March 22, 2007, within which to file its answer or otherwise respond to plaintiffs' complaint. Our response currently is due on February 20, 2007. This is our first request for an enlargement for this purpose. Plaintiffs' counsel has authorized us to state that he has no objection to this motion.

As grounds for this motion, we state that we have not yet received the litigation reports that each agency involved in this case is statutorily obligated to provide. Because the named plaintiffs worked for these agencies many years ago, information concerning plaintiffs and the allegations in the complaint are difficult to investigate and require retrieval of information from storage areas. The agencies involved have assured us that they are working on obtaining the necessary information.

The amount of time that has passed since plaintiffs were employed by their respective agencies also raises questions about

the timeliness of their claims. In addition to utilizing the time requested in this motion to obtain information concerning the plaintiffs, we intend to use it to investigate whether any or all of their claims are time barred.

Based upon agency counsels' representations, we believe that the additional 30 days requested in this motion for an enlargement of time will be sufficient to enable agency counsel to obtain all of the necessary information and to prepare and forward to Government counsel litigation reports in sufficient time to permit Government counsel to determine the proper response to plaintiffs' complaint.

Accordingly, we respectfully request that the Court grant this motion for an enlargement of time of 30 days, to and including March 22, 2007, within which to respond to plaintiffs' complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE M. DAVIDSON
Acting Director

MARK A. MELNICK
Assistant Director

/s Hillary A. Stern
HILLARY A. STERN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0177
Facsimile: (202) 305-7643

Attorneys for Defendant

February 14, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February 2007, I caused to be served by United States mail (first class, postage prepaid) copies of "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" addressed as follows:

Ira M. Lechner
19811 4th Place
Escondido, CA 92029

________________________________