IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JEAN-ROBBIN SOLOW, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06-872C |
| | ) | Senior Judge Loren A. Smith |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 12 days, to and including June 6, 2007, within which to file its reply to plaintiffs' opposition to our motion to dismiss. Our reply currently is due on May 25, 2007. This is our first request for an enlargement for this purpose. Plaintiffs' counsel has authorized us to state that he does not object to this motion.

As grounds for this motion, we state that Government counsel is unable to complete preparation of our reply in time to file it by the current due date. After reviewing plaintiffs' opposition, counsel determined that in order to respond to some of the allegations made by plaintiffs, it would be necessary to obtain factual information from the Office of Personnel Management ("OPM").

Based upon our communications with the appropriate employees of OPM, we anticipate that the additional 12 days requested in this motion for an enlargement of time will be sufficient to

allow us to obtain the necessary information and complete our reply to plaintiffs' opposition to our motion to dismiss. Accordingly, we respectfully request that the Court grant this motion for an enlargement of time of 12 days, to and including, June 6, 2007, within which to file our reply.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Hillary A. Stern
HILLARY A. STERN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

May 22, 2007