**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **JEAN-ROBIN SOLOW et al.,**<br><br>on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | C.A. No. 06-872C<br><br>Senior Judge Smith |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBITS AS SUPPLEMENTS TO THEIR BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs respectfully move for leave to file out of time the enclosed declaration of each of the named plaintiffs as supplemental exhibits to their Brief in Opposition to Defendant's Motion To Dismiss. Each of these declarations simply document the date that each of the six named plaintiffs retired or separated from the employment of an agency of the United States. The purpose of the declarations is to demonstrate that the statute of limitations has not run against any of the named Plaintiffs if, in accordance with the principle of *American Pipe & Construction Co. v. Utah*, 414 U.S. 538 (1974), the period of limitations is tolled from April 7, 1999 to June 1, 2006 during the time when the *Archuleta* case was pending in this court until the date the Court certified a class that was limited to the employees of 17 specified agencies.

Defendant will not, and can not, be prejudiced by the filing of these declarations inasmuch as its own records obviously contain the date that each of the named plaintiffs retired or separated from federal employment. Defendant's counsel has authorized Plaintiffs' counsel to state that Defendant has no objection to this request for leave to file these declarations out of time.

Plaintiffs' counsel has been out of the country in South Africa and the United Kingdom continuously from May 2, 2007 until May 20, 2007. Upon his return, counsel discovered that the declarations had not been executed and included as exhibits to Plaintiffs' Opposition to Defendant's Motion to Dismiss that was filed on May 1, 2007.

WHEREFORE, Plaintiffs respectfully request that they be granted leave to file out of time the enclosed declarations.

Dated: May 22, 2007 Respectfully Submitted,

s/Ira M. Lechner
Ira M. Lechner
Counsel for Plaintiffs
19811-4th Place
Escondido, CA 92029
(858) 864-2258

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 22nd day of May, 2007, a copy of the foregoing "PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS AS SUPPLEMENTS TO THEIR BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS", was filed electronically in the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

S/Ira m. Lechner

Ira M. Lechner

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JEAN-ROBIN SOLOW et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-872C<br><br>Senior Judge Smith |

DECLARATION OF PLAINTIFF GERALD K. KANDEL

Under penalty of perjury, I hereby declare that I retired or separated from the employ of the United States on October 31, 1998.

Dated: May 11, 2007

s/Gerald K. Kandel

Gerald K. Kandel

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JEAN-ROBIN SOLOW et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-872C<br><br>Senior Judge Smith |

DECLARATION OF PLAINTIFF ROBERT E. KNOPES

Under penalty of perjury, I hereby declare that I retired or separated from the employ of the United States on October 3, 1994.

Dated: May 12, 2007

s/Robert E. Knopes

Robert E. Knopes

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JEAN-ROBIN SOLOW et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-872C<br><br>Senior Judge Smith |

DECLARATION OF PLAINTIFF RONALD M. MARTINEZ

Under penalty of perjury, I hereby declare that I retired or separated from the employ of the United States on November 15, 1996.

Dated: May 11, 2007

s/Ronald M. Martinez

Ronald M. Martinez

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JEAN-ROBIN SOLOW et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-872C<br><br>Senior Judge Smith |

DECLARATION OF PLAINTIFF FEDERICO A. MAURA

Under penalty of perjury, I hereby declare that I retired or separated from the employ of the United States on December 31, 1995..

Dated: May 14, 2007

s/Federico A. Maura

Federico A. Maura

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JEAN-ROBIN SOLOW et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-872C<br><br>Senior Judge Smith |

DECLARATION OF PLAINTIFF JEAN-ROBIN SOLOW

Under penalty of perjury, I hereby declare that I separated from the employ of the United States on 31 December 1995.

Dated: 14 May 2007

s/Jean-Robin Solow

Jean-Robin Solow

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JEAN-ROBIN SOLOW et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-872C<br><br>Senior Judge Smith |

DECLARATION OF PLAINTIFF STANLEY A. ZUCKERMAN

Under penalty of perjury, I hereby declare that I retired or separated from the employ of the United States on September 29, 1994.

Dated:May 11, 2007

s/Stanley A. Zuckerman

Stanley A. Zuckerman