# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **JEAN-ROBIN SOLOW, et al.,** *Plaintiffs,* | | Case No.06-872C |
| v. | | Senior Judge Smith |
| **THE UNITED STATES**, *Defendant.* | | Filed: May 24, 2007 |

## ORDER

The Court hereby **GRANTS** Defendant's Unopposed Motion for Enlargement of Time. Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss shall be filed and served on or before June 6, 2007.

The Court further **GRANTS** Plaintiffs' Unopposed Motion for Leave to File Exhibits as Supplements to their brief in Opposition to Defendant's Motion to Dismiss.

The Court notes that Defendant filed document #16 in the above captioned case in error. This document shall be **STRICKEN**.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge