**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **JEAN-ROBIN SOLOW et al.,**<br><br>on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | C.A. No. 06-872C<br><br>Senior Judge Smith |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A CORRECTED COPY OF THEIR BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs respectfully move for leave to file out of time a corrected copy of their Brief in Opposition to Defendant's Motion To Dismiss, and to strike the version of their Brief that was filed previously. Plaintiffs' counsel discovered that upon converting the word document to PDF format, various formatting errors appeared in the PDF version of the Brief that was filed with the Court on May 1, 2007. The attached PDF copy of the Brief has corrected these formatting errors without making any substantive change to the arguments projected by Plaintiffs.

Plaintiffs' counsel has left a voicemail message with Defendant's counsel to inform Defendant of the proposed correction.

WHEREFORE, Plaintiffs respectfully request that they be granted leave to file out of time the attached corrected copy of their Brief In Opposition to Defendant's Motion to Dismiss.

Dated: May 30, 2007

Respectfully Submitted,

s/Ira M. Lechner
Ira M. Lechner
Counsel for Plaintiffs
19811-4th Place
Escondido, CA 92029
(858) 864-2258

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 30th day of May, 2007, a copy of the foregoing PLAINTIFFS' MOTION FOR LEAVE TO FILE A CORRECTED COPY OF THEIR BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, together with a copy of the corrected Brief, was filed electronically in the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

S/Ira m. Lechner
Ira M. Lechner