# In the United States Court of Federal Claims

| | |
|---|---|
| **JEAN-ROBIN SOLOW, et al.,** | |
| *Plaintiffs,* | Case No.06-872C |
| v. | Senior Judge Smith |
| | Filed: June 4, 2007 |
| **THE UNITED STATES**, | |
| *Defendant.* | |

## <u>ORDER</u>

The Court hereby GRANTS Plaintiffs' Motion for Leave to Amend/Correct Plaintiffs' Brief in Opposition to Defendant's Motion to Dismiss with filing of the corrected brief as of the date of this order. Plaintiffs' Response, docket number 11, shall be stricken and Defendant's reply deadline remains unchanged.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge