# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **JEAN-ROBIN SOLOW, et al.,** | * | |
| *Plaintiffs,* | * | Case No.06-872C |
| v. | * | Senior Judge Smith |
| | * | Filed: August 24, 2007 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

## ORDER

The Court hereby **SCHEDULES** a telephone status conference for Wednesday, September 5, 2007 at 4:00 pm EDT to discuss further litigation in this matter. The time period for Defendant to respond to Plaintiffs' Complaint shall be stayed until the statues conference.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge