# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **JEAN-ROBIN SOLOW, et al.,** | * | |
| *Plaintiffs,* | * | Case No.06-872C |
| v. | * | Senior Judge Smith |
| | * | Filed: September 4, 2007 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court hereby **RESCHEDULES** the telephone status conference previously scheduled for Wednesday, September 5, 2007 at 4:00 pm EDT to Monday, September 10, 2007 at 2:30 pm EDT discuss further litigation in this matter.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge