# In the United States Court of Federal Claims

• * * * * * * * * * * * * * * * * * * * * * * * * *

**JEAN-ROBIN SOLOW, et al.,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant.*

• * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-872C

Senior Judge Smith

Filed: September 10, 2007

**ORDER**

Pursuant to the telephone status conference held on September 10, 2007, Defendant shall file its Answer on or before October 3, 2007.

The Court further **SCHEDULES** a telephone status conference for Monday, October 22, 2007 at 3:30 p.m. EDT. The parties' proposals for a final litigation schedule will be discussed at the telephone status conference. In the interim, the Court encourages the parties to discuss settlement.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH Senior
Judge