**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **JEAN-ROBIN SOLOW et al.,**<br><br>on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | C.A. No. 06-872C<br><br>Senior Judge Smith |

**PLAINTIFFS' MOTION FOR LEAVE TO REMOVE JEAN-ROBIN SOLOW AS LEAD PLAINTIFF AND TO RE-CAPTION THIS CASE AS GERALD K. KANDEL et al. v. THE UNITED STATES**

Plaintiffs respectfully move for leave to remove Jean-Robin Solow as lead plaintiff, and to re-caption this case as GERALD K. KANDEL et al. v. THE UNITED STATES. Ms. Solow has informed Plaintiff's counsel that she desires to withdraw as a plaintiff from the case. Mr. Kandel has been listed in the second position in the order of plaintiffs in the original Complaint and each succeeding pleading. Mr.Kandel's social security number and the Agency where he last was employed have been provided to Defendant's counsel.

Plaintiffs' counsel left a voicemail message with Defendant's counsel on September 28, 2007 to inform Defendant of the proposed correction. Defendant is not prejudiced in any manner by the proposed change in the order of named Plaintiffs as it has not yet filed an Answer, and Mr. Kandel has been identified as one of the plaintiffs since the inception of the case.

WHEREFORE, Plaintiffs respectfully request that they be granted leave to remove Ms. Solow as a Plaintiff and to re-caption the case as requested.

Dated: October 2, 2007

Respectfully Submitted,

s/Ira M. Lechner
Ira M. Lechner
Counsel for Plaintiffs
19811-4th Place
Escondido, CA 92029
(858) 864-2258

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 2nd day of October, 2007, a copy of the foregoing PLAINTIFFS' MOTION FOR LEAVE TO REMOVE ROBIN-JEAN SOLOW AS LEAD PLAINTIFF AND TO RE-CAPTION THE CASE AS GERALD K.KANDEL et al. v. THE UNITED STATES, was filed electronically in the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

S/Ira m. Lechner
Ira M. Lechner