IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JEAN-ROBIN SOLOW,<br>GERALD K. KANDEL,<br>ROBERT E. KNOPES,<br>FEDERICO A. MAURA,<br>RONALD M. MARTINEZ,<br>STANLEY A. ZUCKERMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 06-872C<br>Chief Judge Smith |

DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT

For its answer to plaintiffs' complaint, defendant admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 are plaintiffs' characterization of their claims and conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

2. The allegations contained in paragraph 2 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

3. The allegations contained in 3 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

4. The allegations contained in the paragraph 4 constitute plaintiffs' characterization of their claim to which no response is required; to the extent that they may be deemed allegations of

fact, they are denied.

5. The allegations contained in the fifth paragraph are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

6. Admits the allegations contained in paragraph 6 as to the named plaintiffs; denies the allegations contained in paragraph 6 as to potential members of the proposed plaintiff class for lack of information or knowledge concerning the identities of these potential plaintiffs.

7. The allegations contained in paragraph 8 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

8. The allegations contained in paragraph 8 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

9. Denies the allegations contained in paragraph 9 for lack of information or knowledge concerning the meaning plaintiffs ascribe to the word "regularly," and concerning the identities of "other members of the plaintiff class."

10. The allegations contained in paragraph 10 comprise plaintiffs' characterization of their proposed class to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

11. The allegations contained in paragraph 11 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

12. Denies the allegations contained in paragraph 12 for lack of information or knowledge sufficient to form a belief as to the truth of the matters asserted.

13. The allegations contained in paragraph 13 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

14. The allegations contained in paragraph 14 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

15. The allegations contained in paragraph 15 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

16. The allegations contained in the first sentence of paragraph 16, to and including the phrase "is appropriate because," are conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied; denies the remainder of the allegations

contained in the first sentence of paragraph 16. The allegations contained in the second sentence of paragraph 16 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

17. The allegations contained in paragraph 17 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

18. Denies the allegations contained in the first sentence of paragraph 18 for lack of knowledge or information sufficient to form a belief as to their truth. Denies the allegations contained in the second sentence of paragraph 18. Denies the allegations contained in the second sentence of paragraph 18 for lack of knowledge or information sufficient to form a belief as to their truth.

19. Defendant incorporates by reference its responses to the allegations of the complaint set forth in paragraphs 1 through 18, above.

20. Admits the allegations contained in paragraph 20, to and including the phrase “of the United States,” as to the named plaintiffs; denies the allegations contained in paragraph 20 as to potential members of the plaintiff class for lack of information as to the identities of those individuals; the remaining allegations contained in paragraph 20 are conclusions

of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

21. The allegations contained in paragraph 21 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

22. Admits as to the named plaintiffs; denies as to the potential members of the plaintiff class for lack of information as to the identities of those individuals.

23. The allegations contained in paragraph 23 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

24. Defendant incorporates by reference its responses to the allegations of the complaint set forth in paragraphs 1 through 23, above.

25. Admits the allegations contained in paragraph 25, to and including the phrase "of the United States," as to the named plaintiffs; denies the allegations contained in paragraph 25 as to potential members of the plaintiff class for lack of information as to the identities of those individuals; the remaining allegations contained in paragraph 25 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

26. Admits as to the named plaintiffs; denies as to the potential members of the plaintiff class for lack of information as to the identities of those individuals.

27. The allegations contained in paragraph 27 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

28. The allegations contained in paragraph 28 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

29. Denies the allegations contained in paragraph 29 as to what plaintiffs are unable to determine for lack of knowledge or information sufficient to form a belief as to their truth.

30. Denies that plaintiffs are entitled to the relief set forth in the prayer for relief immediately following

31. Denies each and every allegation not previously admitted or qualified.

WHEREFORE, defendant requests that the complaint be dismissed and that the defendant be granted such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Hillary A. Stern
HILLARY A. STERN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0177
Facsimile: (202) 305-7644

October 3, 2007

Attorneys for Defendant