# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **JEAN-ROBIN SOLOW, et al.,** | * | |
| *Plaintiffs,* | * | Case No.06-872C |
| v. | * | Senior Judge Smith |
| | * | Filed: October 25, 2007 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed Plaintiff's Motion for Leave to Remove Jean-Robin Solow as Lead Plaintiff. Defendant has not filed an opposition. The Court therefore **GRANTS** Plaintiff's Motion.

The Clerk is directed to **RE-CAPTION** this case as *Gerald K. Kandel, et al., v. United States*.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge