# In the United States Court of Federal Claims

• * * * * * * * * * * * * * * * * * * * * * * * * *

**GERALD K. KANDEL, et al.,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant.*

• * * * * * * * * * * * * * * * * * * * * * * * * *

Case No.06-872C

Senior Judge Smith

Filed: October 29, 2007

**ORDER**

The Court hereby **RESCHEDULES** the telephone status conference previously scheduled for Monday, October 22, 2007 at 3:30 p.m. EDT to Monday, November 26, 2007 at 2:00 pm EST, to discuss a litigation timeline.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge