IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GERALD K. KANDEL,<br>ROBERT E. KNOPES,<br>FEDERICO A. MAURA,<br>RONALD M. MARTINEZ,<br>STANLEY A. ZUCKERMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 06-872C<br>Chief Judge Smith |

JOINT PRELIMINARY STATUS REPORT

Pursuant to Appendix A of the Rules of the Court of Federal Claims (“RCFC”), and this Court's Special Procedures Order issued March 18, 2002, the parties respectfully submit this Joint Preliminary Status Report (“JPSR”).

**4.A. Does the Court have jurisdiction over the action?**

Plaintiffs believe that the Court has jurisdiction to entertain the complaint pursuant to 28 U.S.C. § 1491, 5 U.S.C. § 5596, and 28 U.S.C. § 2501. Defendant currently has no basis upon which to question this Court's jurisdiction.

**B. Should the case be consolidated with any other case and the reasons therefor?**

The parties agree that, at this time, the case should not be consolidated with any other cases that are before the Court.

**C. Should trial of liability and damages be bifurcated and the reasons therefor?**

The parties agree that liability and damages should be bifurcated at this time.

**D. Should further proceedings in this case be deferred pending consideration of another case before this Court or any other tribunal and the reasons therefor?**

No, the parties do not wish the proceedings in this case to be deferred.

**E. In cases other than tax refund actions, will a remand or suspension be sought and the reasons therefor and the proposed duration?**

A remand or suspension of action will not be sought in this case.

**F. Will additional parties be joined and, if so, a statement describing such parties, their relationship to the case, and the efforts to effect joinder and the schedule proposed to effect joinder;**

Other than the five plaintiffs named in the complaint, defendant is unaware of any additional parties who will be joined to this lawsuit. Plaintiffs intend to add additional parties before the conclusion of discovery.

**G. Does either party intend to file a motion pursuant to [RCFC] 12(b), 12(c) or 56, and, if so, a schedule for the intended filing?**

Both parties intend to file motions for summary judgment pursuant to RCFC 56 after the conclusion of discovery.

**H. What are the relevant issues?**

Based upon a preliminary review of the case, the parties believe the relevant issues are as follows:

(1) Is class action certification appropriate in this case?

(2) Did the United States pay plaintiffs who retired, died, or separated from Federal employment between April 7, 1993, and September 7, 1999, the appropriate lump sum payment for their unused annual leave?

**I. What is the likelihood of settlement?**

Counsel for the parties have discussed the possibility of settlement. The parties believe that they will be able to make a better determination concerning the likelihood of settlement at the conclusion of discovery.

**J. Do the parties anticipate proceeding to trial? Does any party or do the parties jointly request expedited trial scheduling?**

The parties do not anticipate proceeding to trial. As

indicated in our response to paragraph 4.G., both parties anticipate filing motions for summary judgment.

**K. Are There Special Issues Regarding Electronic Case Management Needs?**

None that the parties are aware of at this time.

**L. Is there any other information of which the Court should be aware at this time?**

None that the parties are aware of at this time.

**5. Proposed Discovery Plan**

Plaintiffs propose a discovery period of six months and have prepared an array of discovery requests which they intend to serve upon defendant shortly. Defendant agrees that six months would be an adequate period for discovery with respect to the four agencies who formerly employed the five named plaintiffs. However, defendant believes that if a class action is certified in this case, additional time will be necessary for discovery.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Ira M. Lechner
IRA M. LECHNER, ESQ.
Attorney
19811-4th Place
Escondido, CA 92029
Tele: (760) 839-0565
Fax: (760) 839-575

Attorney for Plaintiffs

December 4, 2007

S/Hillary A. Stern
HILLARY A. STERN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 "L" Street
Washington, D.C. 20530
Tele: (202) 616-0177
Fax: (202) 305-7643

Attorneys for Defendant

December 4, 2007