# In the United States Court of Federal Claims

• * * * * * * * * * * * * * * * * * * * * * * * * *

**GERALD K. KANDEL, et al.,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant.*

• * * * * * * * * * * * * * * * * * * * * * * * * *

Case No.06-872C

Senior Judge Smith

Filed: January 4, 2008

**ORDER**

Pursuant to the telephone status conference held on January 3, 2008, the Court hereby **SCHEDULES** discovery to be completed by Monday, June 30, 2008. Further, the Court hereby **SCHEDULES** a telephone status conference for Thursday, March 27, 2008 at 5:00 p.m. EST to discuss the progress of discovery.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge