# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **GERALD K. KANDEL, et al.,**<br><br>for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | **Case No. 06-872C**<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO STAY DISCOVERY AND FOR AN ENLARGEMENT OF TIME TO REPLY TO DEFENDANT'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING DEFENDANT'S MOTION TO DISMISS**<br><br>(Senior Judge Smith) |

Pursuant to Rule 6.1 of the Rules of this Court ("RCFC"), plaintiffs hereby move for an enlargement of time to and including March 17, 2008 in which to reply to Defendant's Motion for Reconsideration of the Court's Order Denying Defendant's Motion to Dismiss, and for a stay of discovery until the Court resolves Defendant's Motion for Reconsideration. Plaintiffs' attorney has consulted with opposing counsel and has been authorized to represent to the Court that the Defendant does not oppose this motion for an enlargement of time and to stay discovery.

Plaintiffs' counsel will be out of the country for virtually all of February, 2008 pursuant to a pre-scheduled trip followed by counsel's daughter's wedding on February 29, 2008. Plaintiffs respectfully request additional time in order to prepare to rebut Defendant's motion for reconsideration inasmuch as Defendant's motion has broad implications with respect to the future interpretation of RCFC 23 in reconciling American Pipe & Construction Co. v. Utah, 414

U.S. 538 (1974) and John R. Sand & Gravel Co. v. United States, No. 06-1164, 2008 WL 65445 (U.S. Jan. 8, 2008).

Counsel for Plaintiffs and Defendant agree that it would be counterproductive for scheduled discovery to begin until Defendant's motion for reconsideration is resolved, and therefore the parties respectfully request that such discovery be stayed until that time.

For these reasons, "for cause shown" pursuant to RCFC 6.1, plaintiffs respectfully request that the Court grant this unopposed motion for an enlargement of time to and including March 17, 2008, and to stay discovery until Defendant's motion for reconsideration is resolved.

Dated: January 24, 2008

Respectfully Submitted,

s/Ira M. Lechner

Ira M. Lechner
Counsel for Plaintiffs
19811-4th Place
Escondido, CA 92029
(858) 864-2258