# In the United States Court of Federal Claims

• * * * * * * * * * * * * * * * * * * * * * * * * *

**GERALD K. KANDEL, et al.,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant.*

• * * * * * * * * * * * * * * * * * * * * * * * * *

Case No.06-872C

Senior Judge Smith

Filed: January 25, 2008

**ORDER**

The Court has reviewed Defendant's Motion for Reconsideration of the Court's Order Denying Defendant's Motion to Dismiss and Plaintiff's Unopposed Motion for Enlargement of Time and to Stay Discovery The Court shall construe Defendant's Motion as a renewed Motion to Dismiss under RCFC 12(b)(1). Plaintiffs shall file their response on or before March 17, 2008. Discovery is hereby **STAYED** pending the resolution of Defendant's motion.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge