# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**GERALD K. KANDEL, et al.,**

for themselves and on behalf of all others similarly situated,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA

Defendant.

**Case No. 06-872C**

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO ADD ADDITIONAL PLAINTIFFS**

(Senior Judge Smith)

Pursuant to Rule 21 of the Rules of this Court ("RCFC"), plaintiffs hereby move for leave to add additional named plaintiffs in the above-captioned matter as potential Class Representatives. The additional named plaintiffs are as follows:

Phillip Abbinante
William J. Albert, Jr.
Joan M. Byrd
Dino J. Caterini
Donald B. Cofman
Gail Ann Daugherty
Guy W. Farmer
David W. Faught
Kent L. Fixman
David J. Garms
John D. Garner
Ralph Hanson
Mark E. Heatwole
William L. Jacobsen, Jr.
Terrence H. Kneebone
Carlos Alberto de Ycaza Klemm
Paula A. Latshaw
Francis K. Lyvers
Coriene D. Maier
Alvin C. McFarlane

Manuel L. Mes
Edward J. Morganto
Ed D. Morse
Alan J. Novack
Ray Orley
Donaldo E. Reid
Dario M. Richards
Wayne M. Richards
John A. Sanbrailo
Evangeline W. Swift
Kennard A. Thompson
Martha H. Villarreal
Mark G. Wentling
John W. Wiles
Mary L. Williams
Ismael A. Yearwood

These additional named plaintiffs were employed by eleven (11) additional Agencies of the United States. Their addition as plaintiffs thereby would bring the total number of Agencies represented in this case to fourteen (14) Agencies. The additional plaintiffs retired, died or separated from such Agencies within the period between April 7, 1993 and September 7, 1999. When they retired, died, or separated each additional plaintiff did not receive, as part of his or her lump-sum payment for unused annual leave, the annual pay increase that went into effect during the period of unused annual leave credited to his or her account, and/or premium pay pursuant to title 5, U.S.C. that they would have earned had they remained in the service of the United States during the period of unused annual leave.

Each additional plaintiff's full name, address, the last four digits of their social security number or the last three digits of their CSA number, their Agency, and last place of employment (where available at this time) are identified in the list attached as Exhibit 1. If the Court so requests, plaintiffs can file under seal an un-redacted exhibit containing the full social security numbers pursuant to General Order No. 42A, Part VII, paragraph 26.

Adding these persons to the list of named plaintiffs as additional potential Class Representatives is the only change being proposed in this motion. The resolution of the *Archuleta* case has drawn the attention of former employees of other Federal agencies, and these additional persons have expressed their intent to serve as potential Class Representatives in order to protect the interests of other class members.

Counsel for the plaintiffs has discussed this motion to seek leave to add additional named plaintiffs with counsel for the United States, who stated that the United States had no objection to this motion.

For these reasons, pursuant to RCFC 21 "on such terms that are just", plaintiffs respectfully request that the Court grant this motion for leave to add the persons listed in Exhibit 1 as named plaintiffs in this case.

Dated: February 13, 2008

Respectfully Submitted,

s/Ira M. Lechner

Ira M. Lechner
Counsel for Plaintiffs
19811-4th Place
Escondido, CA 92029
(858) 864-2258