<u>Gerald K. Kandel et al. v. United States</u>

Exhibit 1 to Plaintiffs' Motion to Add Additional Plaintiffs

1. PHILLIP ABBINANTE
   1741 Acacia Hill Road
   Diamond Bar, CA 91765
   SSN: -To be supplied
   GS, Agency : GAO
   Last Place of employment: Washington, D.C.

2. WILLIAM J. ALBERT, JR.
   26710 Russell Road
   Bay Village, OH 44140
   SSN: -1056
   GM, Agency: EEOC
   Last Place of employment: Cleveland, OH

3. JOAN M. BYRD
   5710 Keppler Road
   Temple Hills, MD 20748
   GS, SSN: -1121
   Agency: Department of Education
   Last Place of employment: Washington, DC

4. DONALD B. COFMAN
   2277 Kings Garden Way
   Falls Church, VA 22043-2558
   SSN: -9298
   FO, Agency: US Information Agency
   Last Place of employment: US Embassy, Baku, Aberbaijan

5. GAIL ANN DAUGHERTY
   4965 Teton Place
   Colorado Springs, CO 80918
   SSN: -0566
   GM, Agency: Interstate Commerce Commission
   Last Place of employment: Los Angeles, CA

6. GUY W. FARMER
   2138 Bristol Place
   Carson City, NV 89703
   SES, SSN: -9815
   Agency: USIA
   Last Place of employment: USIA, Washington, DC

7. DAVID W. FAUGHT
   41 Habersac Avenue
   Pataskala, OH 43062
   SSN: -4044
   GS, Agency: CIA
   Last Place of employment: To be supplied

8. KENT L. FIXMAN
   3407 Turnberry Circle
   Charlottesville, VA 22911
   SSN: -3449
   GS, Agency: General Accounting Office
   Last Place of employment: Washington, DC

9. DAVID J. GARMS
   12920 Wheatland Road
   Fairfax, VA 22033
   SSN: -2990
   SES, Agency: USAID
   Last Place of employment: USAID Rome, Italy

10. JOHN D. GARNER
    PO Box 268
    Eureka Springs, AR 72632
    SSN: -1815
    SES, Agency: USIA
    Last Place of employment: Washington, DC

11. RALPH HANSON
    To be supplied
    SSN: -
    GS, Agency: Administrative Office of the US Courts
    Last Place of employment:

12. MARK E. HEATWOLE
    8409 Georgian Way
    Annandale, VA 22003
    SSN: -4226
    GS, Agency: General Accounting Office
    Last Place of employment: Washington, D.C.

13. WILLIAM L. JACOBSEN, JR.
    29703 Lyons Drive
    Easton, MD
    SSN: -2630
    SFS, Agency: USIA

Last Place of employment: USIA Washington, DC

14. TERRENCE H. KNEEBONE
16417 Cottonwood Drive
Cedaredge, CO 81413
SSN: -2891
SFS, Agency: USIA
Last Place of employment: U.S. Embassy, Bogota, Columbia

15. CARLOS ALBERTO DE YCAZA KLEMM
Villa Del Lago, Las Cumbres, House #18
Balboa, Panama, 0843-01944
SSN: - 0701
NM-12, STEP; Agency: Panama Canal Commission
Last Place of employment: Locks Division, Pedro Miguel Locks

16. PAULA ALEXANDER LATSHAW
4158 Towne Green Circle
Addison, TX 75001
SSN: -0089
SES, AGENCY: Merit Systems Protection Board
Last Place of employment: Dallas, TX

17. FRANCIS K. LYVERS
04 Lo F Lac Long Quan
Baria Vung Tau, Vietnam
SSN: -5175
SES, Agency: USAID
Last Place of employment: Washington, D.C.

18. CORIENE D. MAIER
2095 Mesquite Avenue, #12
Lake Havasu, AZ 86403
SSN: -0116
CL 29, Agency: US District Court
Last place of employment: US District Court, Bismarck, ND

19. ALVIN C. MCFARLANE
Pty-319, Box 025724
Miami, FL 33102
SSN: -0404
NM, 8-5; Agency: Panama Canal Commission
Last Place of employment: Panama Canal

20. MANUEL L. MES
Correo de los Pueblos

Zona 12, Juan Diaz
Apartado 0838-01089
Panama, Rep. De Panama
CSA 3864991
Computer Operator NM-8/10, Agency: Panama Canal Commission
Last Place of employment: Panama Canal

21. EDWARD JOSEPH MORGANTO
11012 Groveshire Court
Ocoee, FL 34761
SSN: -6051
GS, Agency: US Consumer Product Safety Commission
Last Place of employment: Groveshire Court, Ocoee, FL

22. ALAN J. NOVACK
27 Whitney Street
Orange, MA 01364
SSN: -3489
CG 12, Agency: Federal Deposit Insurance Corporation
Last Place of employment: Franklin, MA

23. RAY ORLEY
2700 Vista Grande Drive NW, Unit 84
Albuquerque, NM 87120-1000
SSN: -5353
FS, Agency: USIA
Last Place of employment: US Embassy, Lagos, Nigeria

24. DONALDO REID
Urb. San Martin HSE. #D-11, PO Box 0301-03422
Colon, Panama
SSN: 5409
MG-10, Agency: Panama Canal Commission
Last Place of employment: Panama Canal

25. DARIO MATIAS RICHARDS
135 Oryan Court
Houston, TX 77015
SSN: -9877
MS-10, Agency: Panama Canal Commission
Last Place of employment: Locks Division Towtrack-Niraflores

26. WAYNE M. RICHARDS
13845 Falling Tree Court
Houston, TX 77015
SSN: -7003

MS-10/2, Agency: Panama Canal Commission
Last Place of employment: Panama Canal Commission

27. JOHN A. SANBRAILO
9216 Talisman Drive
Vienna, VA 22182
SSN: -9309
SFS, Agency: USAID
Last Place of employment: USAID Mission, Quito, Ecuador

28. EVANGELINE W. SWIFT
193 Mountainside Drive
Henderson, NV 89012
SSN: -9044
SES, Agency: US Merit Systems Protection Board
Last Place of employment: Washington, DC

29. KENNARD A. THOMPSON
612 Catesby Court SW
Leesburg, VA 20175
SSN: -6807
PE-347-B11, Agency: US General Accounting Office
Last Place of employment: Washington, DC

30. MARK GREGORY WENTLING
2420 Niamey Place
Dulles, VA 20189-2420
SSN: -7604
SFS, Agency: USAID
Last Place of employment: USAID, Dar es Salaam, Tanzania

31. MARY L. WILLIAMS
345 N. Ewing
Helena, MT 59601
SSN: -5097
GS, Agency: CIA
Last Place of employment: CIA

32. ISMAEL A. YEARWOOD
c/o Clara P. Brown De Yearwood,
Don Boaco, Via Tucuman, House, 450 6th Street
PO Box 0839-00669, Zona 13
Panama, Republic of Panama
SSN: - IP#: 1703439
MN-9, Agency: Panama Canal Commission

Last Place of employment:

33. TED D. MORSE
605 Blue Spruce Road
Reno, NV 89511
SSN: -3721
SFS, Agency: USAID
Last Place of employment: to be supplied

34. JOHN W. WILES
8458 Broken Arrow Court
Annandale, VA 22003-1166
SSN: -2141
SFS, Agency: US AID
Last Place of employment: to be supplied

35. MARTHA H. VILLARREAL
3706 Huntington St. N.W.
Washington, D.C. 20015
SSN:-5147
GS, Agency: USIA
Last Place of employment: Washington, DC

36. DINO J. CATERINI
8316 Beech Tree Road
Bethesda, MD 20817
SSN:-3830
SFS, Agency: USIA
Last Place of employment: Calcutta, India