# In the United States Court of Federal Claims

| | |
|---|---|
| **GERALD K. KANDEL, et al.,** *Plaintiffs,* | Case No.06-872C |
| v. | Senior Judge Smith |
| **THE UNITED STATES**, *Defendant.* | Filed: March 5, 2008 |

## ORDER

The Court hereby **GRANTS** Plaintiffs' Motion for Leave to Add Additional Plaintiffs. The Clerk is directed to add the additional plaintiffs listed in document 38 to the Court's docket.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge