# In the United States Court of Federal Claims

No. 06-872C

(E-Filed:  February 19, 2021)

|  |  |
|---|---|
| GERALD K. KANDEL, <u>et al.</u>, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>ORDER</u>

On February 16, 2021, the parties filed their joint status report indicating the status of settlement proceedings in this matter.  <u>See</u> ECF No. 411.   Therein, the parties report that they "have agreed on all the terms and the wording of a settlement agreement with respect to former employees of the Panama Canal Commission.  However, additional time is required to permit Government counsel to obtain necessary consideration by authorized officials." <u>Id.</u> at 1.  In that regard, the parties request that the court grant an additional ten days, until February 26, 2021, "to permit Government counsel to obtain the necessary supervisory consideration, and if supervisory approval is obtained, within which to submit the settlement for the [c]ourt's approval." <u>Id.</u> at 1.

Absent the filing of the parties' motion to approve their settlement agreement, on or before **February 26, 2021**, the parties are directed to **FILE a joint status report** indicating the status of settlement proceedings.  If settlement proceedings have reached an impasse, the parties' status report shall propose a plan for proceeding on the remaining claims in this case.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge